8639.  WESTERN AND ATLANTIC RAILROAD COMPANY *v.* BARNETT.

GEORGE, J. .1.  There was evidence warranting a finding that the defendant's depot was set on fire by sparks emitted from its locomotive, and that the fire was communicated from the depot to the plaintiff's millhouse, near the depot, and that the defendant was guilty of negligence in the manner in which the engine was equipped and managed at the time the fire was thus communicated.  *Central of Ga. Ry. Co.* v. *Trammell,* 114 *Ga.* 312 (1, 2) (40 S. E. 259); *Southern Ry. Co.* v. *Williams,* 113 *Ga.* 335 (38 S. E. 744).

2. The evidence was in sharp conflict upon all issues in the case, and the preponderance of it seems to be in favor of the contentions of the defendant, but the issues were for the jury, and, there being evidence to authorize their verdict, the court did not err in overruling the motion for new trial, based upon the general grounds only.

> *Judgment affirmed.  Wade, C. J., and Luke, J., concur.*
> DECIDED JULY 25, 1917.

Action for damages; from Gordon superior court—Judge Fite. November 27, 1916.

*Tye, Peeples & Tye, Neel & Neel, Starr & Paschall, Maddox, McCamy & Shumate,* for plaintiff in error.

*W. C. Martin, W. E. Mann, J. G. B. Erwin Jr.,* contra.

---

8337.  WESTERN & ATLANTIC RAILROAD CO. *v.* DAVIS.

PER CURIAM.  This case is substantially controlled by the decision in the case of *Western & Atlantic R. Co.* v. *Barnett,* ante, 616.  Where not so controlled, there is no merit in the assignments of error.

> *Judgment affirmed.  Wade, C. J., and George and Luke, JJ., concur.*
> DECIDED JULY 25, 1917.  REHEARING DENIED SEPTEMBER 13, 1917.

Action for damages; from Gordon superior court—Judge Fite. November 27, 1916.

*Tye, Peeples & Tye, O. N. Starr, Maddox, McCamy & Shumate, Neel & Neel,* for plaintiff in error.

*W. E. Mann, W. C. Martin, J. G. B Erwin Jr.,* contra.